UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BECKY L. BISHOP, et al.,

        Plaintiffs,

    v.                               Case No. 16-C-1447

TIM WILZ, et al.,

        Defendants.

## ORDER FOR AMENDED JUDGMENT

       Following the court trial in the above matter, the Clerk entered Judgment dismissing Plaintiff's claims.  The Judgment further stated "Judgment is entered in favor of defendants, Tim Wilz, Kevin Studzinski and John Mocadlo and against plaintiffs, Becky L. Bishop and Kevin E. Bishop with statutory costs."  In fact, however, the court had previously granted motions for summary judgment dismissing plaintiff's federal claims against Defendants Matt Koltz, We Care Animal Hospital, Shane Bazile, Peter Bosquez, Sandra Finger, and Dean Nolan.  Summary Judgment was denied as to three of the defendants, however.  Following a court trial, Judgment was entered by the Clerk in favor of the remaining three defendants.  Since all claims against all of the defendants have now been disposed of, the Judgment should include the previously dismissed claims as well. Accordingly, the Clerk is directed to enter an Amended Judgment dismissing all of plaintiff's federal claims against all of the named defendants with prejudice and all state claims without prejudice.

       **SO ORDERED** this   20th   day of November, 2018.

                           s/ William C. Griesbach
                           William C. Griesbach, Chief Judge
                           United States District Court